UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

----------------------------------------X

Timothy Askew
                Plaintiff,

 -AGAINST-

Three (3) Police Officers
And The City of New York
                Defendants,

----------------------------------------X

COMPLAINT #
CV 12-3796

VITALIANO, J.

GOLD, M.J.

JURY TRAIL DEMANDED

RECEIVED
JUL 30 2012
PRO SE OFFICE

I. PARTIES
   Plaintiff Timothy Askew resides at 42 Christopher Ave. Brooklyn, N.Y. 11212. Plaintiff mailing address is 2094 Fulton St. Brooklyn, N.Y. 11233.
   Defendants are Three (3) N.Y.P.D. officers and the City of New York.

II. The Jurisdiction of the Court is invoked pursuant to (28 U.S.C.) Illegal Search.

III. STATEMENT OF CLAIM. On 7/24/2012 at approximatly 6:55 P.M. I was walking back from the store. As I approached my stoop, a gray van Lic. # FFR-5799 pulled up, and Three (3) police officers told me not to move. I was than searched for no reason, and when I asked why I was told to be quiet. I than asked for there bage numbers. They than got back into the van and left. This continuing violation of Plaintiff's Constitutional rights, is a direct result of the City of New York Policy, Practice, and Customs.

IV. The Federal Court Jurisdiction, is revolving around federal question. Illegal search, 4th Amendment.

V. The remedy that Plaintiff seeks, is money damages in the amount of $150,000,000. million dollars, injunctive and declaratory relief.

I declare under penalty of perjury that the foregoing is true and correct.

July 30, 2012
DATE

*Timothy Askew*
PLAINTIFF

MAILING ADDRESS    Timothy Askew
2094 Fulton St,
Brooklyn, N.Y. 11233